**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1908**

CAROL SCHULTE,

                 Plaintiff - Appellant,

          v.

JOSEPH MURTHA; RUTH JAKUBOWSKI; KAREN PILARSKI,

                 Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:12-cv-02919-RDB)

Submitted:  April 24, 2014        Decided:  April 28, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carol Schulte, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Schulte appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2006) complaint, and denying her Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schulte v. Murtha, No. 1:12-cv-02919-RDB (D. Md. Jan. 22, 2013; June 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED